# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on November 15, 2007

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | MAGISTRATE NO. 08-0157M-01-02(CR) |
| | : | |
| **LAKISHA L. SPRIGGS and** | : | VIOLATIONS: 21 U.S.C. § 841(a)(1) |
| **KEITH E. MORANT,** | : | and § 841(b)(1)(B)(iii) |
| | : | (Unlawful Possession with Intent to |
| Defendants. | : | Distribute 5 Grams or More of Cocaine Base) |

### I N D I C T M E N T

The Grand Jury charges that:

#### COUNT ONE

On or about February 29, 2008, within the District of Columbia, **LAKISHA L. SPRIGGS and KEITH E. MORANT** did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 grams or more.

(**Unlawful Possession with Intent to Distribute 5 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.