**FILED**

MAR 0 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Keith E. Morant
CR 08-049 (RBW)
08-M-157 (AK)

2008 FDC 004829
File Date 03/01/2008
UNITED STATES vs. KEITH E MORANT
aka
PDID # 501700
Lock up number 09

AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

LAKISHA LEE SPRIGGS -
KEITH ERROL MORANT-

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 08-157-M-01
08-157-M-02

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __February 29, 2008__ in the District of __COLUMBIA__ defendant (s) did,

(Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.**

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__.

I further state that I am __OFFICER IRVING EDWARDS__, and that this complaint is based on the following facts:

SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
OFFICER IRVING EDWARDS
UNITED STATES PARK POLICE

Sworn to before me and subscribed in my presence,

FEB 29 2008

Date
ALAN KAY
U.S. MAGISTRATE JUDGE
Name & Title of Judicial Officer

at Washington, D.C.
City and State

Signature of Judicial Officer
ALAN KAY
US MAGISTRATE JUDGE

## STATEMENT OF FACTS

On Friday, February 29, 2008, at approximately 7:00 a.m., federal and local law enforcement agents served a search warrant at _____ which is a town-house residence. Inside the premises, officers found defendants Lakisha Spriggs and Keith Morant, who were in the hallway upstairs. Later, Ms. Spriggs said she lived there and that Mr. Morant lived there, too. Later, Mr. Morant also said that he lived there.

A search of the premisses revealed about 50 grams of cocaine base, also known as crack, a glass pyrex measuring cup with cocaine base residue, a spoon with cocaine base residue, a fork with cocaine base residue, a knife with cocaine base residue, sandwich baggies and numerous unused ziplock baggies, a box of baking soda, several single edge razor blades, a digital scale with white powder residue, and a microwave that contained suspected cocaine base residue. A portion of the suspected crack cocaine was field tested positive for cocaine. Also recovered were documents in the name of both defendants, several cellular phones, various forms of identification in the name of both defendants, and about $520 of United States currency. Both defendants were placed under arrest.

The amount of the suspected cocaine base, which police seized from this town-house, plus the other items found, indicate that the cocaine base was to be sold or distributed. In my experience, 50 grams of crack cocaine is enough to make about 500 rocks of crack of a size commonly sold on the street for $10 each.

_____
OFFICER IRVING EDWARDS
UNITED STATES PARK POLICE

FEB 29 2008

SWORN AND SUBSCRIBED BEFORE ME ON THIS ____ DAY OF FEBRUARY, 2008.

_____
U.S. MAGISTRATE JUDGE
ALAN KAY
U.S. MAGISTRATE JUDGE

United States District Court
For the District of Columbia
A TRUE COPY
NANCY MAYER WHITTINGTON, Clerk
By _____
       Deputy Clerk

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION - FELONY BRANCH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Magistrate No.: 08-157-01, 02 |
| v. | : | |
| LAKISHA L. SPRIGGS and KEITH E. MORANT, | : | Presentment: March 1, 2008 |
| Defendants. | : | |

**MEMORANDUM OF LAW FOR PRESENTMENT OF DEFENDANTS CHARGED WITH A FEDERAL OFFENSE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this Memorandum of Law on issues relevant to the presentment of defendants who are charged with violations of federal law in the District of Columbia Superior Court.

**This Court's Authority to Act as a Federal Magistrate Judge and to Order Pre-Trial Detention**

A person arrested and charged with a federal offense must be taken without unnecessary delay before a judicial officer. If a magistrate judge is not reasonably available, the initial appearance may be before a state or local judicial officer. Fed. R. Crim. P. 5(c)(1)(B). The Superior Court, with respect to any criminal case over which the United States District Court for the District of Columbia has jurisdiction, may release or detain such offenders. Super. Ct. R. Crim. P. 40 ("Rule 40"). Rule 40 states that a D.C. Superior Court magistrate judge *may* release or detain a defendant pursuant to Chapter 13 of D.C. Code Title 23. However, Rule 40 does not require a D.C. Superior Court magistrate judge to determine detention or release pursuant to Chapter 13 of D.C. Code Title

23. Thus, a D.C. Superior Court magistrate judge, sitting as a federal magistrate judge, may detain or set release conditions pursuant to federal detention law, 18 U.S.C. §§ 3141 and 3142, et. seq. in this case.

## Applicable Law

The law governing pre-trial release and detention of persons charged with federal offenses is codified at 18 U.S.C. §§ 3141, 3142 et. seq. Upon the government's motion, the Court <u>shall</u> hold a detention hearing in cases that involve a controlled substance offense for which the maximum penalty is ten years or more. 18 U.S.C. § 3142(f)(1)©. In the instant case, the defendants are charged with Possession with Intent to Distribute Cocaine, also known as crack, a Schedule II narcotic drug controlled substance, in violation of 21 U.S.C. § 841(a)(1), an offense for which the maximum penalty is in excess of ten years. Accordingly, the defendants are eligible for pre-trial detention, and the Court, upon the government's motion for pre-trial detention, must hold a detention hearing in this case. 18 U.S.C. § 3142(f) (2007).

Upon motion of the government, the hearing can be continued for a period of up to three days, excluding any intermediate Saturday, Sunday or legal holiday. During that period the defendants must remain detained. 18 U.S.C. § 3142(f) (2007).

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

BY: *Jonathan Hooks /asja*
Jonathan Hooks
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530

Certificate of Service

I HEREBY CERTIFY that a copy of the foregoing memorandum was delivered by hand upon counsel for the defendant, this 1st day of March, 2008.

*/s/ Jonathan Hooks*
Jonathan Hooks
Assistant United States Attorney

# Superior Court of the District of Columbia
## CRIMINAL DIVISION
## SUPERIOR COURT CRIMINAL RULE 112

L# 9

United States / ~~District of Columbia~~

V.

KEITH MORANT

**Case Number**

**Charge(s)**
PWID cocaine



The Clerk of the Court will please enter my appearance for the Defendant in the above entitled cause this __1st.__ day of __March__, 20__08__.

**Attorney:** M. AZHAR KHAN

**Unified Bar Number:** 385403

**Address:** 800 Seventh Street NW
Suite 201
Washington, D.C. 20001

**Telephone Number:** 202-246-2997



L-9

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION
### FORM FOR U.S. DISTRICT COURT CASES

UNITED STATES  
No. __L-9__

TOT __District Court__

Vs.

P.D.I.D. No. __501-700__

__Keith E. Marza__ (Defendant)

☑ This is a Federal case which is pending in the U.S. District Court for the District of Columbia and is, therefore, transferred over to the United States District Court for the District of Columbia for the next court date of: __Monday, March 3, 2008__.

### COMMITMENT/RELEASE

☒ NO BOND  
☐ BOND $ _____

Defendant to be delivered for presentment in U.S.D.C. for the District of Columbia

Next Court Date: _____

☐ Released on Personal Recognizance to report to the E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue, N.W. on: _____.

DEFENSE COUNSEL APPOINTED FOR PRESENTMENT IN SUPERIOR COURT ONLY:

Name: _____

Address: _____

Telephone No. _____

DEFENDANT'S NAME: _____ --

Address: _____

_____ Telephone No. _____

DEFENDANT'S SIGNATURE: _____

DATE: __3/1/08__     _____  
JUDICIAL OFFICER PRESIDING

white-court          yellow-usao          Pink-defense

CD-3026/Mar. 03

AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

LAKISHA LEE SPRIGGS - DOB: 10/11/78; PDID: 609-136
KEITH ERROL MORANT- DOB: 11/29/76; PDID: 501-700

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about ____February 29, 2008____ in the District of ____COLUMBIA____ defendant (s) did,

(Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.**

in violation of Title ____21____ United States Code, Section(s) ____841(a)(1)____.

I further state that I am ____OFFICER IRVING EDWARDS____, and that this complaint is based on the following facts:

SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:     ☒ Yes    ☐ No

Signature of Complainant
OFFICER IRVING EDWARDS
UNITED STATES PARK POLICE

Sworn to before me and subscribed in my presence,

_____     at     ____Washington, D.C.____
Date                                                                       City and State

_____            _____
Name & Title of Judicial Officer                               Signature of Judicial Officer

## **STATEMENT OF FACTS**

On Friday, February 29, 2008, at approximately 7:00 a.m., federal and local law enforcement agents served a search warrant at 2353 Ainger Place, S.E., Washington, D.C., which is a town-house residence. Inside the premises, officers found defendants Lakisha Spriggs and Keith Morant, who were in the hallway upstairs. Later, Ms. Spriggs said she lived there and that Mr. Morant lived there, too. Later, Mr. Morant also said that he lived there.

A search of the premisses revealed about 50 grams of cocaine base, also known as crack, a glass pyrex measuring cup with cocaine base residue, a spoon with cocaine base residue, a fork with cocaine base residue, a knife with cocaine base residue, sandwich baggies and numerous unused ziplock baggies, a box of baking soda, several single edge razor blades, a digital scale with white powder residue, and a microwave that contained suspected cocaine base residue. A portion of the suspected crack cocaine was field tested positive for cocaine. Also recovered were documents in the name of both defendants, several cellular phones, various forms of identification in the name of both defendants, and about $520 of United States currency. Both defendants were placed under arrest.

The amount of the suspected cocaine base, which police seized from this town-house, plus the other items found, indicate that the cocaine base was to be sold or distributed. In my experience, 50 grams of crack cocaine is enough to make about 500 rocks of crack of a size commonly sold on the street for $10 each.


_____
OFFICER IRVING EDWARDS
UNITED STATES PARK POLICE

SWORN AND SUBSCRIBED BEFORE ME ON THIS \_\_\_\_ DAY OF FEBRUARY, 2008.


_____
U.S. MAGISTRATE JUDGE

23. Thus, a D.C. Superior Court magistrate judge, sitting as a federal magistrate judge, may detain or set release conditions pursuant to federal detention law, 18 U.S.C. §§ 3141 and 3142, et. seq. in this case.

### Applicable Law

The law governing pre-trial release and detention of persons charged with federal offenses is codified at 18 U.S.C. §§ 3141, 3142 et. seq. Upon the government's motion, the Court <u>shall</u> hold a detention hearing in cases that involve a controlled substance offense for which the maximum penalty is ten years or more. 18 U.S.C. § 3142(f)(1)©. In the instant case, the defendants are charged with Possession with Intent to Distribute Cocaine, also known as crack, a Schedule II narcotic drug controlled substance, in violation of 21 U.S.C. § 841(a)(1), an offense for which the maximum penalty is in excess of ten years. Accordingly, the defendants are eligible for pre-trial detention, and the Court, upon the government's motion for pre-trial detention, must hold a detention hearing in this case. 18 U.S.C. § 3142(f) (2007).

Upon motion of the government, the hearing can be continued for a period of up to three days, excluding any intermediate Saturday, Sunday or legal holiday. During that period the defendants must remain detained. 18 U.S.C. § 3142(f) (2007).

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

BY: *Jonathan Hooks /asja*
Jonathan Hooks
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION - FELONY BRANCH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Magistrate No.: 08-157-01, 02 |
| | : | |
| v. | : | |
| | : | |
| | : | |
| LAKISHA L. SPRIGGS and | : | Presentment: March 1, 2008 |
| KEITH E. MORANT, | : | |
| | : | |
| Defendants. | : | |

### MEMORANDUM OF LAW FOR PRESENTMENT OF DEFENDANTS CHARGED WITH A FEDERAL OFFENSE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this Memorandum of Law on issues relevant to the presentment of defendants who are charged with violations of federal law in the District of Columbia Superior Court.

### This Court's Authority to Act as a Federal Magistrate Judge and to Order Pre-Trial Detention

A person arrested and charged with a federal offense must be taken without unnecessary delay before a judicial officer. If a magistrate judge is not reasonably available, the initial appearance may be before a state or local judicial officer. Fed. R. Crim. P. 5(c)(1)(B). The Superior Court, with respect to any criminal case over which the United States District Court for the District of Columbia has jurisdiction, may release or detain such offenders. Super. Ct. R. Crim. P. 40 ("Rule 40"). Rule 40 states that a D.C. Superior Court magistrate judge *may* release or detain a defendant pursuant to Chapter 13 of D.C. Code Title 23. However, Rule 40 does not require a D.C. Superior Court magistrate judge to determine detention or release pursuant to Chapter 13 of D.C. Code Title

<u>Certificate of Service</u>

    I HEREBY CERTIFY that a copy of the foregoing memorandum was delivered by hand upon counsel for the defendant, this 1st day of March, 2008.

                                                           _/s/ Jonathan Hooks_
                                                           Jonathan Hooks
                                                           Assistant United States Attorney