# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | DOCKET NO: 08-049 #2 | MAGIS. NO: |
|---|---|---|
| V.<br><br>KEITH ERROL MORANT | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>Keith Errol Morant | |
| DOB:        PDID:    501-700 | | **FILED**<br>MAR 20 2008 |
| WARRANT ISSUED ON THE BASIS OF: INDICTMENT | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | Clerk, U.S. District and Bankruptcy Courts |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE 5 GRAMS OR MORE OF COCAINE BASE

**IN VIOLATION OF:**  UNITED STATES CODE TITLE & SECTION:
21:841(a)(1) and 841(b)(1)(B)(iii)

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|

| ORDERED BY:<br>MAGISTRATE JUDGE FACCIOLA | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE JUDGE FACCIOLA | DATE ISSUED:<br>3/4/08 |
|---|---|---|
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>3/4/08 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED  3-20-08 | Recording<br>Tolliver | Recording |
| HIDTA CASE:   Yes      No  X | | OCDETF CASE:   Yes      No  X |