UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : 08-CR-49 (RBW) |
| | : |
| LAKISHA L. SPRIGGS, | : |
| KEITH E. MORANT, | : |
|     Defendants. | : |

GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the hearing in the above captioned case, now scheduled for May 9, 2008, be continued. As grounds for this request, the government asserts as follows:

1. The hearing on May 9, 2008 was scheduled in anticipation of a plea agreement being reached between the defendants and the government.

2. Because the government has not yet received the drug analysis from the Drug Enforcement Agency lab, the parities have been unable to complete the plea agreement.

3. The government, with the defendants's concurrence, is requesting that the hearing in this case be continued for defendant Morant until May 28, 2008 at 9:30 a.m., and defendant Spriggs until May 29, 2008 at 9:30 a.m.

WHEREFORE, the United States requests that the hearing in this case be continued.

    Respectfully submitted,

    JEFFREY A. TAYLOR
    United States Attorney
    D.C. Bar No.: 498610

    _____
    NANCY B. JACKSON
    Assistant United States Attorney
    Nancy B. Jackson
    Room 4110
    555 Fourth Street, NW
    Washington, DC  20530
    (202) 307-0029

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| | : | |
| v. | : | 08-CR-49 (RBW) |
| | : | |
| | : | |
| **LAKISHA L. SPRIGGS,** | : | |
| **KEITH E. MORANT,** | : | |
| **Defendants.** | : | |

ORDER

Upon consideration of the Government's Unopposed Motion to Continue the Hearing and the entire record in this matter, it is this _____ day of _____, 2008, hereby

ORDERED that the Motion is granted and the hearing currently scheduled for May 9, 2008, is vacated.

_____
THE HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE