CO-526
(12/86)

FILED

JUN 1 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. )  Criminal No. 08-49 (RBW)-2
)
KEITH MORANT )
)

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
                        Defendant

_____
                        Counsel for defendant

I consent:

_____
United States Attorney

Approved:

_____
                        Judge

6/16/08