UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | 08-CR-49-02 (RBW) |
| | : | |
| KEITH E. MORANT, | : | |
| Defendant. | : | |

FILED
JUN 1 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**PROFFER OF EVIDENCE IN SUPPORT OF DEFENDANT'S ENTRY OF PLEA**

I.   SYNOPSIS OF THE PLEA AGREEMENT

1. Defendant, Keith Errol Morant, agrees to admit guilt and enter a plea of guilty to count one in the pending indictment charged under criminal case number 08-CR-49 (RBW):

COUNT ONE: Unlawful Possession with Intent to Distribute 5 Grams or More of Cocaine Base, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(iii). Defendant Morant understands that pursuant to 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(iii) this charge carries a penalty of a term of imprisonment of not less than 5 years or more than 40 years, a fine of not more than $2,000,000.00, or both, including a period of supervised release of not less than 4 years.

In addition, defendant Morant agrees to pay a special assessment of $100.00 to the Financial Litigation Unit of this Office prior to the date of sentencing. Defendant Morant further understands that the United States Sentencing Guidelines Manual ("Sentencing Guidelines") will apply to determine his guideline range, and that pursuant to Section 5E1.2 of the Sentencing Guidelines, the Court may also impose a fine that is sufficient to pay the federal government the costs of any imprisonment, term of supervised release, and period of probation.

2. Defendant Morant agrees and will acknowledge at the time of the entry of his plea of guilty that, pursuant to Section 1B1.3 and Section 2D1.1 of the Sentencing Guidelines, that he is

accountable for 49.2 grams of cocaine base (also known as crack cocaine) which quantity represents the total amount involved in his relevant criminal conduct.

II.  THE ELEMENTS OF THE OFFENSE

3. The essential elements of the underlying offense of Possession With Intent to Distribute Cocaine or Cocaine Base in violation of 21 United States Code, § 846(a)(1), each of which the Government must prove beyond a reasonable doubt, are:

(1) that the defendant possessed a controlled substance;

(2) that the defendant did so knowingly and intentionally. This means consciously, voluntarily and on purpose, not mistakenly, accidentally or inadvertently;

(3) that when the defendant possessed the controlled substance, he had the specific intent to distribute it. Distribute means to transfer or attempt to transfer to another person. The law makes cocaine a controlled substance.

III.  BRIEF STATEMENT OF THE FACTS

4. On Friday, February 29, 2008, at approximately 7:00 a.m., law enforcement agents served a search warrant at 2353 Ainger Place, S.E., Washington, D.C. The defendant, Keith Morant, lived at the residence and was inside the residence at the time of the search. A bedroom located on the upper level of the residence was identified as belonging to the defendant. Recovered inside that bedroom was 49.2 grams of cocaine base, also known as crack. Also recovered was paraphernalia commonly used to process and distribute cocaine base at the street level. Specifically located was the following:

> a glass pyrex measuring cup with cocaine base residue;
>
> a spoon with cocaine base residue;

a fork with cocaine base residue;

a knife with cocaine base residue;

sandwich baggies and numerous unused ziplock baggies;

a box of baking soda;

several single edge razor blades;

a digital scale with white powder residue; and

a microwave that containing cocaine base residue.

Also recovered were documents in the name of the defendant, several cellular phones, various forms of identification in the name of the defendant, and approximately $520 of United States currency.

The Government submits that had there been a trial in these matters, the Government would have proven each of the facts as outlined above, beyond a reasonable doubt, and further that the facts satisfy each of the essential elements of the charges to which the defendant is entering his plea.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No.: 498610

Nancy B. Jackson
Assistant United States Attorney
Room 4110
555 Fourth Street, NW
Washington, DC 20530
(202) 307-0029

## DEFENDANT'S ACKNOWLEDGMENT

I have read this factual proffer. I fully understand it and while it is not a complete recitation of all that I know, it represents a true recitation of some of my knowledge concerning my own involvement in illegal activity. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this factual proffer fully.

Date: 6-13-05

KEITH ERROL MORANT